NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-961

JERRY C. ADDIE AND REBECCA ADDIE

VERSUS

MEDICAL CENTER OF SOUTHWEST LOUISIANA, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2003-3639
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and John B. Scofield[*], Judges.

AFFIRMED.

Woodard, J., concurs in the result.

Gary McGoffin
Shawn Carter
Durio, McGoffin, Stagg, & Ackermann
P. O. Box 51308
Lafayette, LA 70505
(337) 233-0300
Counsel for Defendant-Appellee:
Southwest Medical Center-Lafayette

---

[*]John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as judge pro tempore.

**Frank E. LeMoine**
**Attorney at Law**
**P. O. Box 1199**
**Abbeville, LA 70511**
**(337) 893-4382**
**Counsel for Plaintiffs-Appellants:**
**Jerry C. Addie**
**Rebecca Addie**

**Katherine Aline Pavy**
**Attorney at Law**
**1720 Kaliste Saloom, Suite A-4**
**Lafayette, LA 70508**
**(337) 993-1155**
**Counsel for Defendant-Appellee:**
**Dr. George Sobiesk**